IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOHN B. RAO, JR.<br>*Plaintiff,*<br><br>vs.<br><br>**TEXAS PARKS AND WILDLIFE DEPARTMENT**<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§  CIVIL ACTION NO.: 13-726<br>§<br>§<br>§<br>§<br>§<br>§ |

Jury Note No __1__

*Question 1    We Have A Verdict*

_____

_____

_____

Date: __July 3rd 2014__

Foreperson: __Fraxe McDowell__

Courts Answer
_____

_____

_____

_____

Date:_____

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE